HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
E-mail:    ashley.shively@hklaw.com

Zachary J. Watson (SBN 348019)
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone:  (949) 517-1451
Facsimile:  (949) 833-8540
E-mail:    zachary.watson@hklaw.com

Attorneys for Defendant
BATH & BODY WORKS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA RICHMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, INC.,<br><br>Defendants. | Case No. 2:25-cv-02931-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BATH & BODY WORKS, INC.'S DEADLINE TO RESPOND TO THE INITIAL COMPLAINT AND SET PARTIES' BRIEFING SCHEDULE** |

Pursuant to Local Rules 143 and 144(a), Plaintiff Latisha Richmond ("Plaintiff") and Defendant Bath & Body Works, Inc. ("Bath & Body Works") (collectively the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 9, 2025, Plaintiff filed a class action complaint against Bath & Body Works alleging violations of Cal. Bus. & Prof. Code § 17200 and Cal. Civ. Code §§ 1750 et seq. (ECF No. 1);

WHEREAS, on October 10, 2025, the clerk issued a summons for Bath & Body Works (ECF No. 2);

WHEREAS, on October 29, 2025, Bath & Body Works agreed to waive formal service of process in this matter and Plaintiff sent the waiver to Bath & Body Works;

WHEREAS, Bath & Body Works' deadline to file a responsive pleading is currently December 29, 2025;

WHEREAS, the Parties have agreed to extend Bath & Body Works' deadline for any responsive pleadings by an additional twenty-eight (28) days, up to and including January 26, 2026;

WHEREAS, Bath & Body Works' anticipates filing a motion to dismiss the complaint and/or to transfer the action, and the Parties seek an orderly briefing schedule on those motions, to provide sufficient time for both sides in light of the complex issues, and to avoid conflicts during the holiday season.

WHEREAS, these modifications will not adversely impact the Court's schedule, or alter the date of any event or any deadline already fixed by Court order;

WHEREAS, neither Bath & Body Works nor Plaintiff has sought any previous extension of time.

**STIPULATION**

THEREFORE, pursuant to Local Rules 143 and 144(a), the undersigned counsel for the Parties hereby stipulate as follows:

1.  Bath & Body Works' deadline for its response to Plaintiff's complaint is extended to January 26, 2026; and

2. In the event Bath & Body Works moves to dismiss Plaintiff's complaint and/or transfer the action, the Parties briefing schedule will be as follows:

| | |
|---|---|
| Bath & Body Works' responsive pleading deadline: | January 26, 2026 |
| Plaintiff's Opposition deadline: | March 9, 2026 |
| Bath & Body Works' Reply deadline: | March 30, 2026 |

3. The Parties shall confer on a mutually agreeable hearing date on the Court's law and motion calendar, and select a date no sooner than two weeks after the Reply is filed.

**IT IS SO STIPULATED.**

DATED:  December 12, 2025          HOLLAND & KNIGHT LLP

                                    */s/ Zachary J. Watson*
                                    Ashley L. Shively
                                    Zachary J. Watson

                                    Attorneys for Defendant,
                                    BATH & BODY WORKS, INC.

DATED:  December 12, 2025          BURSOR & FISHER, P.A.

                                    */s/ Philip L. Fraietta*
                                    Philip L. Fraietta
                                    Stefan Bogdanovich

                                    Attorneys for Plaintiff,
                                    LATISHA RICHMOND

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

# ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant Bath & Body Works, Inc. ("Bath & Body Works") deadline for its response to Plaintiff Latisha Richmond's complaint is extended to January 26, 2026. If Bath & Body Works moves to dismiss Plaintiff's complaint and/or transfer the action, then the parties' briefing schedule will be as follows:

| | |
|---|---|
| Bath & Body Works' responsive pleading deadline: | January 26, 2026 |
| Plaintiff's Opposition deadline: | March 9, 2026 |
| Bath & Body Works' Reply deadline: | March 30, 2026 |

The parties shall confer on a mutually agreeable hearing date on District Judge Daniel J. Calabretta's law and motion calendar and select an available date no sooner than two weeks after the Reply is filed.

IT IS SO ORDERED.

Dated:  December 12, 2025          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

4                                                    2:25-cv-02931-DJC-CKD
STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING
DEADLINE AND SETTING BRIEFING SCHEDULE